UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                          :

MERCER HEALTH & BENEFITS LLC,   :

                                                                          :    Case No. 18 CV 1805

                        Plaintiff,        :

                    -against-      :

MATTHEW DIGREGORIO, JOANNE STEED,  :
JADA PRESTON and LOCKTON COMPANIES,  :
LLC,                                                          :
                     Defendants.  :
------------------------------------------------------------X

## **<u>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATIONS</u>**

To the Clerk of the Court and All Parties of Record:

    The undersigned attorney respectfully requests that the Clerk of the Court:

        (A)    Note his appearance on behalf of the Defendants; and
        (B)    Add him as a filing user to whom Notice of Electronic Filing will be transmitted in this case.

Dated:  New York, New York       Respectfully submitted,
         March 2, 2018

                                            GOLENBOCK EISEMAN ASSOR BELL
                                            & PESKOE LLP


                                            By: _____/s/ Leron Thumim_____
                                                        Leron Thumim

                                            711 Third Avenue, 17th Floor
                                            New York, New York 10017
                                            (T) (212) 907-7300
                                            (F) (212) 754-0330

                                            *Attorney for Defendants*