UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1-18-CV-01805-JGK

MERCER HEALTH & BENEFITS LLC,

    Plaintiff,

-against-

MATTHEW DIGREGORIO, JOANNE STEED, JADA PRESTON AND LOCKTON COMPANIES, LLC,

    Defendants,

## AFFIDAVIT

STATE OF FLORIDA    )

COUNTY OF BROWARD    )

BEFORE ME, the undersigned authority, personally appeared LYLE E. SHAPIRO, ESQ., who being first duly sworn, deposes and says:

1. This Affidavit is made in support of my Motion for Admission Pro Hac Vice in the above styled matter. The facts herein are true and correct and based on my personal knowledge.

2. (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, (c) and there are no disciplinary proceedings presently against me.

FURTHER AFFIANT SAYETH NOT.

By: _____
LYLE E. SHAPIRO

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF BROWARD           )

BEFORE ME, the undersigned authority, this _2_ day of _March_, 2018, personally appeared _Lyle Shapiro_, ~~Lyle Shapiro,~~ who was duly sworn under oath and who is personally known to me. (DR)

(SEAL)

DANIEL REESE
MY COMMISSION # GG 095880
EXPIRES: April 19, 2021
Bonded Thru Notary Public Underwriters

_____
Notary Public (signature)

_Daniel Reese_
(Typed/Printed name of Notary Public)
Commission No. _GG 095880_
My Commission Expires: _04-19-2021_

Herskowitz Shapiro, PLLC

Miami