```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MERCER HEALTH & BENEFITS LLC,                               :
                                                            :    Case No. 18 CV 1805
                        Plaintiff,                          :
                                                            :
        -against-                                           :
                                                            :
MATTHEW DIGREGORIO, JOANNE STEED,                           :
JADA PRESTON and LOCKTON COMPANIES,                         :
LLC,                                                        :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

## RULE 7.1 STATEMENT OF LOCKTON COMPANIES, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Lockton Companies, LLC ("Lockton") (a private non-governmental party) certifies that Lockton has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: New York, New York
       March 7, 2018

                                          GOLENBOCK EISEMAN ASSOR
                                          BELL & PESKOE LLP

                                          By:     /s/ Martin S. Siegel
                                                 Martin S. Siegel
                                                 S. Preston Ricardo
                                                 Leron Thumim

                                          711 Third Avenue, 17th Floor
                                          New York, New York 10017
                                          jflaxer@golenbock.com
                                          jveit@golenbock.com
                                          (212) 907-7300
                                          *Counsel for Defendants*

2833317