UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCER HEALTH & BENEFITS LLC,

                        Plaintiff,

            -against-

MATTHEW DIGREGORIO, JOANNE STEED,
JADA PRESTON and LOCKTON COMPANIES,
LLC,

                        Defendants.

Case No.: _____

**DECLARATION OF JOANNA
MARINI**

 

     **JOANNA MARINI**, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury that the following is true and correct:

     1.     I am a Principal at Mercer Health & Benefits LLC ("Mercer"). Except where otherwise stated, I make this declaration based on my personal knowledge.

     2.     I joined Mercer in February 2009 as a Senior Consultant.  In March 2014, I was promoted to Principal.

     3.     As a Principal at Mercer, I am responsible for managing client relationships and ensuring client retention by evaluating client risks and developing solutions to address client needs. I serve as primary client contact for day-to-day client needs and client questions.

     4.     I work closely with Sales Professionals, like Matthew DiGregorio ("DiGregorio"), who are responsible for generating new client business and growing business with existing clients.

     5.     On or about January 17, 2018, I learned that DiGregorio and two other employees resigned their positions at Mercer to begin working at Lockton Companies.

6.      At the time I learned about DiGregorio's departure and the departure of two other colleagues I was with a client assisting the client with their annual open enrollment process. The client, "Client A," is a Florida based corporation which owns and operates laser eye surgery centers throughout the country.

7.      Mercer has provided health and benefits solutions to Client A, since August 2017. I met Client A's current Chief Financial Officer while he was an employee of another client of mine. Client A became a Mercer client based on my prior relationship with the CFO.

8.      Although DiGregorio has done work with Client A, I did not immediately notify Client A of DiGregorio's departure because I am the relationship manager for the client and would continue to be, even after DiGregorio's departure.

9.      During the week of January 22, 2018, while I was assisting the client with its annual open enrollment process, Client A's Vice President for Human Resources mentioned to me that DiGregorio called him on or about January 19th. I learned that DiGregorio told the Vice President for Human Resources that he resigned his position at Mercer and accepted a position at Lockton.

10.      Thereafter, on February 7, 2018, I received two emails from Tim Burns, the Chief Financial Officer of "Client B," a nationwide steel fabricator based in Florida that has had a client relationship with Mercer since 2010. Copies of the emails are collectively attached at **Exhibit G**.

11.      In the first email, Mr. Burns forwarded to me an email he received from DiGregorio's Lockton email address, entitled "Announcement" in which DiGregorio wrote, in part: "I wanted to formally announce that I have taken on a new role with the largest private held property, casualty, and employee benefits broker in the country Lockton Companies as a Senior

2

Vice Present out of our Miramar, FL office. Please see below and attached for my new contact information I look forward to connecting with you in the near future and have a wonderful day!" *See* Exhibit G.

12.    Mr. Burns wrote to me, in his first email: "So I guess Matthew left and took my email address with [him]." *See* Exhibit G.

13.    Mr. Burns also forwarded me a second email that he received from DiGregorio's Lockton email address, thirty-four minutes after he received the first email. The second email contained the same "Announcement" as the first email. *See* Exhibit G.

Dated: February 26, 2018
          Sunrise, Florida

_____
Joanna Marini

# EXHIBIT G

## Clark, Shawn Matthew

| | |
|---|---|
| **From:** | Tim Burns <TBurns@sfab.com> |
| **Sent:** | Wednesday, February 07, 2018 11:26 AM |
| **To:** | Marini, Joanna |
| **Subject:** | FW: Announcement |
| **Attachments:** | Matthew DiGregorio.vcf |

So I guess Matthew left and took my email address with.

**From:** "DiGregorio, Matt" <MDiGregorio@lockton.com>
**Date:** Wednesday, February 7, 2018 at 10:44 AM
**To:** "DiGregorio, Matt" <MDiGregorio@lockton.com>
**Subject:** Announcement

* External Email Address*

Hello,

I hope this message finds you well.

I wanted to formally announce that I have taken on a new role with the largest privately held property, casualty, and employee benefits broker in the country Lockton Companies as a Senior Vice President out of our Miramar, FL office.  Please see below and attached for my new contact information.  I look forward to connecting with you in the near future and have a wonderful day!

Best Regards,

Matt D.

_____
**Matthew DiGregorio**
**Senior Vice President**
**Lockton Companies**
**(Southeast Series)**
3601 SW 160th Avenue, Suite 200
Miramar, FL, 33027
Tel: 954-883-2135
Mobile: 610-203-4251
Fax: 954-883-2099
Email:mdigregorio@Lockton.com
www.lockton.com

**Matthew DiGregorio**
Lockton Companies
Senior Vice President

(954) 883-2135 Work
(610) 203-4251 Mobile
MDiGregorio@lockton.com
3601 SW 160th Ave # 200,
Miramar, FL 33027



**Clark, Shawn Matthew**

| | |
|---|---|
| **From:** | Tim Burns <TBurns@sfab.com> |
| **Sent:** | Wednesday, February 07, 2018 11:26 AM |
| **To:** | Marini, Joanna |
| **Subject:** | FW: Announcement |
| **Attachments:** | Matthew DiGregorio.vcf |

and because he is proud of his move he has sent me the same email twice.

---

**From:** "DiGregorio, Matt" <MDiGregorio@lockton.com>
**Date:** Wednesday, February 7, 2018 at 11:18 AM
**To:** "DiGregorio, Matt" <MDiGregorio@lockton.com>
**Subject:** Announcement

* External Email Address*

Hello,

I hope this message finds you well.

I wanted to formally announce that I have taken on a new role with the largest privately held property, casualty, and employee benefits broker in the country, Lockton Companies, as a Senior Vice President out of our Miramar, FL office.  Please see below and attached for my new contact information.  I look forward to connecting with you in the near future and have a wonderful day!

Best Regards,

Matt D.
_____
**Matthew DiGregorio**
**Senior Vice President**
**Lockton Companies**
**(Southeast Series)**
3601 SW 160th Avenue, Suite 200
Miramar, FL, 33027
Tel: 954-883-2135
Mobile: 610-203-4251
Fax: 954-883-2099
Email:mdigregorio@Lockton.com
www.lockton.com

**Matthew DiGregorio**
Lockton Companies
Senior Vice President

(954) 883-2135 Work
(610) 203-4251 Mobile
MDiGregorio@lockton.com
3601 SW 160th Ave # 200,
Miramar, FL 33027

