UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCER HEALTH & BENEFITS LLC,

        Plaintiff,

-against-

MATTHEW DIGREGORIO, JOANNE STEED, JADA PRESTON and LOCKTON COMPANIES, LLC,

        Defendants.

Case No.: _____

**DECLARATION OF MELANIE FAVA**

    **MELANIE FAVA**, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury that the following is true and correct:

    1.    I am a Principal at Mercer Health & Benefits LLC ("Mercer"). Except where otherwise stated, I make this declaration based on my personal knowledge.

    2.    I joined Mercer in October 2016 as a Principal/Producing Consultant. In this capacity, I am responsible for managing client relationships, generating new client business and maintaining and growing business with existing clients. I serve as a primary client contact for clients and address day-to-day client needs and client questions.

    3.    On or about January 17, 2018, I learned that Matthew DiGregorio JoAnn Steed ("Steed") and Jada Preston ("Preston") resigned their positions at Mercer to begin working at Lockton Companies.

    4.    That same day, I received a call from Cory Lynn, Mercer's Florida Office Leader, informing me that I would be inheriting two clients that formerly were serviced by Steed and Preston, Caregiver Services and Planned Parenthood of South, East and North Florida ("Planned Parenthood").

5. On January 22, 2018, I exchanged emails with the Chief Operating Officer of Planned Parenthood. The purpose of my initial email was to introduce myself as Planned Parenthood's new Mercer contact and to discuss Planned Parenthood's ongoing relationship with Mercer.

6. The Chief Operating Officer and I scheduled a meeting for February 6, 2018, but Planned Parenthood rescheduled that meeting to February 27, 2018.

7. On February 22, 2018, I received an email from Planned Parenthood's Human Resources Director. The email, a copy of which is attached as **Exhibit H**, stated in part: "I am writing this letter to inform you that we have decided to engage services with another vendor." *See* Exhibit H.

8. On February 23, 2018, I spoke with a representative of Planned Parenthood's life and disability insurance carrier. The representative confirmed to me that Lockton submitted a broker of record form to the insurance carrier on behalf of Planned Parenthood.

Dated: February 26, 2018
Tampa, Florida

_____
Melanie Fava

2

# EXHIBIT H

**From:** Geisler, Rowena [mailto:Ro.Geisler@ppsenfl.org]
**Sent:** Thursday, February 22, 2018 3:48 PM
**To:** Fava, Melanie
**Cc:** Legenhausen, Jenn; Daza, Juanita; Fowler, Michelle; Morrissette, Barbara
**Subject:** Meeting Cancellation
**Importance:** High

Dear Ms. Fava,

I am writing this letter to inform you that we have decided to engage services with another vendor.

I would like to express gratitude on behalf of Planned Parenthood South, East and North Florida for the excellent service Mercer has given us.

We apologize for any inconvenience this may have caused you.

Sincerely,

**Rowena Geisler**
Human Resources Director
*Planned Parenthood of South, East and North Florida*
2300 North Florida Mango Road - West Palm Beach, FL 33409
P: 561-472-9974 | F: 561-848-8279
www.ppsenfl.org
*Please note our new name and email addresses for your records.*

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored. Because e-mail can be altered electronically, the integrity of this communication cannot be guaranteed.

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.